IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Duro Dyne National Corp., *et al.*[1]<br><br>Debtors. | Chapter 11<br>Case No. 18-27963 (MBK)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE RE:**

Docket No. 518

NOTICE OF PLAN PROPONENTS' MOTION PURSUANT TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2002, 6004 AND 9019(a) FOR AN ORDER AUTHORIZING AND APPROVING THE DEBTORS' ENTRY INTO A SETTLEMENT AGREEMENT WITH MIDSTATES REINSURANCE CORPORATION AND AUTHORIZING THE SALE OF POLICIES FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND OTHER ENCUMBRANCES

PLAN PROPONENTS' MOTION PURSUANT TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2002, 6004 AND 9019(a) FOR AN ORDER AUTHORIZING AND APPROVING THE DEBTORS' ENTRY INTO A SETTLEMENT AGREEMENT WITH MIDSTATES REINSURANCE CORPORATION AND AUTHORIZING THE SALE OF POLICIES FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND OTHER ENCUMBRANCES

[PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE DEBTORS AND MIDSTATES REINSURANCE CORPORATION, AND AUTHORIZING THE SALE OF THE POLICIES (AS DEFINED IN THE SETTLEMENT AGREEMENT) FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND OTHER ENCUMBRANCES

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

| | |
|---|---|
| Docket No. 519 | APPLICATION FOR ORDER SHORTENING NOTICE PERIOD UNDER FED. R. BANKR. P. 9006(C)(1) ON PLAN PROPONENTS' MOTION PURSUANT TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2002, 6004 AND 9019(a) FOR AN ORDER AUTHORIZING AND APPROVING DEBTORS' ENTRY INTO A SETTLEMENT AGREEMENT WITH MIDSTATES REINSURANCE CORPORATION AND AUTHORIZING THE SALE OF POLICIES FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND OTHER ENCUMBRANCES [Re: Docket No. 518]<br><br>[PROPOSED] ORDER SHORTENING TIME PERIOD FOR NOTICE, LIMITING NOTICE AND SETTING HEARING |
| Docket No. 520 | NOTICE OF MOTION OF THE PLAN PROPONENTS PURSUANT TO 11 U.S.C. §§ 107(b) AND 105(a), FEDERAL RULE OF BANKRUPTCY PROCEDURE 9018, AND LOCAL CIVIL RULE 5.3 FOR AUTHORITY TO (I) FILE DOCUMENTS UNDER SEAL AND (II) REDACT COMMERCIALLY SENSITIVE, NONPUBLIC INFORMATION [Re: Docket No. 518]<br><br>MOTION OF THE PLAN PROPONENTS PURSUANT TO 11 U.S.C. §§ 107(b) AND 105(a), FEDERAL RULE OF BANKRUPTCY PROCEDURE 9018, AND LOCAL CIVIL RULE 5.3 FOR AUTHORITY TO (I) FILE DOCUMENTS UNDER SEAL AND (II) REDACT COMMERCIALLY SENSITIVE, NONPUBLIC INFORMATION<br><br>FINDINGS OF FACT AND CONCLUSIONS OF LAW AND ORDER GRANTING MOTION OF THE PLAN PROPONENTS PURSUANT TO 11 U.S.C. §§ 107(b) AND 105(a), FEDERAL RULE OF BANKRUPTCY PROCEDURE 9018, AND LOCAL CIVIL RULE 5.3 FOR AUTHORITY TO (I) FILE DOCUMENTS UNDER SEAL AND (II) REDACT COMMERCIALLY SENSITIVE, NONPUBLIC INFORMATION<br><br>DECLARATION OF JEFFREY D. PROL IN SUPPORT OF MOTION TO SEAL |

| | |
|---|---|
| Docket No. 521 | APPLICATION FOR ORDER SHORTENING NOTICE PERIOD UNDER FED. R. BANKR. P. 9006(C)(1) FOR MOTION OF THE PLAN PROPONENTS PURSUANT TO 11 U.S.C. §§ 107(b) AND 105(a), FEDERAL RULE OF BANKRUPTCY PROCEDURE 9018, AND LOCAL CIVIL RULE 5.3 FOR AUTHORITY TO (I) FILE DOCUMENTS UNDER SEAL AND (II) REDACT COMMERCIALLY SENSITIVE, NONPUBLIC INFORMATION [Re: Docket No. 520]<br><br>[PROPOSED] ORDER SHORTENING TIME PERIOD FOR NOTICE, LIMITING NOTICE AND SETTING HEARING |
| Docket No. 522 | NOTICE OF PLAN PROPONENTS' MOTION PURSUANT TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2002, 6004 AND 9019(a) FOR AN ORDER AUTHORIZING AND APPROVING THE DEBTORS' ENTRY INTO A SETTLEMENT AGREEMENT WITH MUNICH REINSURANCE AMERICA, INC. AND AUTHORIZING THE SALE OF POLICIES FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND OTHER ENCUMBRANCES<br><br>PLAN PROPONENTS' MOTION PURSUANT TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2002, 6004 AND 9019(a) FOR AN ORDER AUTHORIZING AND APPROVING THE DEBTORS' ENTRY INTO A SETTLEMENT AGREEMENT WITH MUNICH REINSURANCE AMERICA, INC. AND AUTHORIZING THE SALE OF POLICIES FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND OTHER ENCUMBRANCES<br><br>[PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE DEBTORS AND MUNICH REINSURANCE AMERICA, INC., AND AUTHORIZING THE SALE OF THE POLICIES (AS DEFINED IN THE SETTLEMENT AGREEMENT) FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND OTHER ENCUMBRANCES |
| Docket No. 523 | APPLICATION FOR ORDER SHORTENING NOTICE PERIOD UNDER FED. R. BANKR. P. 9006(C)(1) ON PLAN PROPONENTS' MOTION PURSUANT TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2002, 6004 AND 9019(a) FOR AN ORDER AUTHORIZING AND APPROVING DEBTORS' ENTRY INTO A SETTLEMENT AGREEMENT WITH MUNICH REINSURANCE AMERICA, INC. AND AUTHORIZING THE SALE OF POLICIES FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND OTHER ENCUMBRANCES<br>[Re: Docket No. 522] |

| | |
|---|---|
| Docket No. 523 | [PROPOSED] ORDER SHORTENING TIME PERIOD FOR NOTICE, LIMITING NOTICE AND SETTING HEARING |
| Docket No. 524 | NOTICE OF MOTION OF THE PLAN PROPONENTS PURSUANT TO 11 U.S.C. §§ 107(b) AND 105(a), FEDERAL RULE OF BANKRUPTCY PROCEDURE 9018, AND LOCAL CIVIL RULE 5.3 FOR AUTHORITY TO (I) FILE DOCUMENTS UNDER SEAL AND (II) REDACT COMMERCIALLY SENSITIVE, NONPUBLIC INFORMATION [Re: Docket No. 522] |
| | MOTION OF THE PLAN PROPONENTS PURSUANT TO 11 U.S.C. §§ 107(b) AND 105(a), FEDERAL RULE OF BANKRUPTCY PROCEDURE 9018, AND LOCAL CIVIL RULE 5.3 FOR AUTHORITY TO (I) FILE DOCUMENTS UNDER SEAL AND (II) REDACT COMMERCIALLY SENSITIVE, NONPUBLIC INFORMATION |
| | FINDINGS OF FACT AND CONCLUSIONS OF LAW AND ORDER GRANTING MOTION TO SEAL |
| | DECLARATION OF JEFFREY D. PROL IN SUPPORT OF MOTION TO SEAL |
| Docket No. 525 | APPLICATION FOR ORDER SHORTENING NOTICE PERIOD UNDER FED. R. BANKR. P. 9006(C)(1) FOR MOTION OF THE PLAN PROPONENTS PURSUANT TO 11 U.S.C. §§ 107(b) AND 105(a), FEDERAL RULE OF BANKRUPTCY PROCEDURE 9018, AND LOCAL CIVIL RULE 5.3 FOR AUTHORITY TO (I) FILE DOCUMENTS UNDER SEAL AND (II) REDACT COMMERCIALLY SENSITIVE, NONPUBLIC INFORMATION [Re: Docket No. 524] |
| | [PROPOSED] ORDER SHORTENING TIME PERIOD FOR NOTICE, LIMITING NOTICE AND SETTING HEARING |

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2. On March 5, 2019, at the direction of The Law Office of John A. Fialcowitz, L.L.C, Counsel to the Asbestos Claimants Committee, the above referenced documents were served on the parties listed in Exhibit A via the modes of service indicated thereon:

Exhibit A    The Master Service List Parties Address List regarding Docket Nos. 518 through 525

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 5th day of March 2019 at Los Angeles, California.

*James H. Myers* (signature)

James H. Myers

# EXHIBIT A

# Duro Dyne

**Total number of parties: 90**

## Exhibit A - Duro Dyne

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 69330 | AMERICAN ELITE MOLDING, LLC, ATTN: JOHN GAYNOR, JGAYNOR@AEM-TIES.COM | E-mail |
| 69345 | AMERICAN EXPRESS, 200 VESEY STREET, NEW YORK, NY, 10285 | US Mail (1st Class) |
| 69345 | ANDERSON KILL & OLICK PC, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1182 | US Mail (1st Class) |
| 69330 | ANDERSON KILL PC, CORT T MALONE ESQ, (RE: DURO DYNE NATIONAL CORP), CMALONE@ANDERSONKILL.COM | E-mail |
| 69345 | BELLUCK & FOX, LLP, JOSEPH BELLUCK, ESQ., (RE: CMTE MEMBER JOSEPH BARNA), 546 FIFTH AVENUE, 4TH FLOOR, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 69345 | BRAYTON PURCELL, LLP, BRYN GALLAGHER LETSCH, ESQ., (RE: CMTE MEMBER ROBERT ENVALL), 222 RUSH LANDING ROAD, NOVATO, CA, 94948<br>*Service suspended Due to Natural Disaster* | US Mail (1st Class) |
| 69345 | CALIFORNIA ATTY GENERAL`S OFFICE, BK NOTICES DIV/PUBLIC INQUIRY UNIT, CALIFORNIA DEPARTMENT OF JUSTICE, PO BOX 944255, SACRAMENTO, CA, 94244-2550 | US Mail (1st Class) |
| 69330 | CAMBRIDGE RESOURCES, ATTN: STEVE KIELSON, SK@CAMBRIDGERESOURCES.COM | E-mail |
| 69330 | CAPLIN & DRYSDALE, JOHN WEHNER; JEFFREY A. LIESEMER, (RE: AD HOC ASBESTOS COMMITTEE), JWEHNER@CAPDALE.COM | E-mail |
| 69330 | CAPLIN & DRYSDALE, JOHN WEHNER; JEFFREY A. LIESEMER, (RE: AD HOC ASBESTOS COMMITTEE), JLIESEMER@CAPDALE.COM | E-mail |
| 69345 | CARROLL, MCNULTY & KULL LLC, CR CARROLL;MJ TRICARICO, ET AL., (RE: THE NORTH RIVER INSURANCE COMPANY), 570 LEXINGTON AVENUE, 8TH FLOOR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 69330 | CENTURY MECHANICAL SYSTEMS, ATTN: JARI VARGHESE, JARI@DURODYNE.ME | E-mail |
| 69330 | COMMONWEALTH OF PENNSYLVANIA, DEB SECREST, RA-LI-UCTS-BANKRUPT@STATE.PA.US | E-mail |
| 69345 | COONEY & CONWAY, KATHY BYRNE, ESQ., (RE: CMTE MEMBER DONALD KURTZER), 120 N. LASALLE STREET, 30TH FL., CHICAGO, IL, 60602 | US Mail (1st Class) |
| 69330 | CROWELL & MORING LLP, MARK PLEVIN & TACIE YOON, (RE: FEDERAL INSURANCE COMPANY), TYOON@CROWELL.COM | E-mail |
| 69330 | CROWELL & MORING LLP, MARK PLEVIN & TACIE YOON, (RE: FEDERAL INSURANCE COMPANY), MPLEVIN@CROWELL.COM | E-mail |
| 69330 | CROWELL & MORING LLP, MARK S LICHTENSTEIN ESQ., (RE: FEDERAL INSURANCE CO.), MLICHTENSTEIN@CROWELL.COM | E-mail |
| 69345 | DEXTER HOFING, LLC, 45 ROCKEFELLER PLAZA, SUITE 2000, NEW YORK, NY, 10111 | US Mail (1st Class) |
| 69330 | DIE MATIC PRODUCTS, LLC, ATTN: BILL OEHRLEIN, BILLOEHRLEIN@DIEMATICPRODUCTS.COM | E-mail |
| 69345 | DILWORTH PAXSON LLP, WILLIAM E MCGRATH JR; LEAH BARTLOME, (RE: MUNICH REINSURANCE AMERICA FKA ARC), 99 PARK AVENUE, SUITE 320, NEW YORK, NY, 10016 | US Mail (1st Class) |
| 69330 | DILWORTH PAXSON LLP, WILLIAM E. MCGRATH JR., (RE: MUNICH REINSURANCE AMERICA FKA ARC), WMCGRATH@DILWORTHLAW.COM | E-mail |
| 69345 | DLA PIPER LLP (US), AIDAN M MCCORMACK;CYRIL E SMITH ESQ, (RE: FEDERAL INSURANCE COMPANY), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 69330 | DUANE MORRIS LLP, JEFF D. KAHANE, (RE: MIDSTATES REINSURANCE CORPORATION), JKAHANE@DUANEMORRIS.COM | E-mail |
| 69330 | DUANE MORRIS LLP, SOMMER L. ROSS, (RE: MIDSTATES REINSURANCE CORPORATION), SLROSS@DUANEMORRIS.COM | E-mail |
| 69345 | DURO DYNE NATIONAL CORPORATION, ATTN RANDALL HINDEN,PRESIDENT & CEO, (RE: DEBTOR), 81 SPENCE STREET, BAY SHORE, NY, 11706 | US Mail (1st Class) |
| 69330 | DYNAMIC METALS INC, ATTN: TONY FRANGIONE, TONYF@DYNAMICMETALS.COM | E-mail |
| 69330 | HERCULITE PRODUCTS, ATTN: DAVID YOHE, DYOHE@HERCULITE.COM | E-mail |

**Exhibit A - Duro Dyne**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 69330 | IFRAH PLLC, GEORGE R. CALHOUN, V, (RE: THE NORTH RIVER INSURANCE COMPANY), GEORGE@IFRAHLAW.COM | E-mail |
| 69345 | INTERNAL REVENUE SERVICE, ATTN: BANKRUPTCY NOTICES DIVISION, 2970 MARKET STREET, MAIL STOP 5-Q30.133, PHILADELPHIA, PA, 19104-5016 | US Mail (1st Class) |
| 69345 | JACKSON LEWIS LLP, ONE NO. BROADWAY, WHITE PLAINS, NY, 10601 | US Mail (1st Class) |
| 69345 | JASPAN SCHLESINGER LLP, STANLEY A. CAMHI, ESQ., (RE: HARTFORD ACCIDENT & INDEMNITY COM), 300 GARDEN CITY PLAZA, GARDEN CITY, NY, 11530 | US Mail (1st Class) |
| 69330 | JM BURNS STEEL SUPPLY, ATTN: JUSTIN ROBBINS, JROBBINS@JMBSTEEL.COM | E-mail |
| 69345 | KELLER, FISHBACK & JACKSON LLP, DANIEL KELLER, 28720 CAMVOOD STREET, SUITE 200, AGOURA HILLS, CA, 91301 | US Mail (1st Class) |
| 69345 | KELLEY & FERRARO, LLP, CONSTANTINE P. VENIZELOS, ESQ., (RE: CMTE MEMBER EUGENE F. SROMEK), ERNEST & YOUNG TOWER, 950 MAIN AVENUE, SUITE 1300, CLEVELAND, OH, 44113 | US Mail (1st Class) |
| 69330 | KENNEDYS CMK LLP, MARGARET CATALANO & CHRISTINA SALEM, CHRISTINA.SALEM@KENNEDYSCMK.COM | E-mail |
| 69330 | KENNEDYS CMK LLP, MARGARET CATALANO & CHRISTINA SALEM, MEG.CATALANO@KENNEDYSCMK.COM | E-mail |
| 69330 | L I S ENTERPRISES, INC., ATTN: JASON BRENNER, JWB@LISENTERPRISES.COM | E-mail |
| 69345 | LONDON FISCHER LLP, J. T.H. DEAVER; SARAH N. DEVITO ESQ, (RE: MIDSTATES REINSURANCE CORP FKA MEAD), 59 MAIDEN LANE, 39TH FLOOR, NEW YORK, NY, 10038 | US Mail (1st Class) |
| 69330 | LOWENSTEIN SANDLER LLP, JEFFREY D. PROL; TERRI FREEDMAN, (RE: DEBTOR), TFREEDMAN@LOWENSTEIN.COM | E-mail |
| 69330 | LOWENSTEIN SANDLER LLP, JEFFREY D. PROL; TERRI FREEDMAN, (RE: DEBTOR), JPROL@LOWENSTEIN.COM | E-mail |
| 69330 | LOWENSTEIN SANDLER LLP, KENNETH A. ROSEN, (RE: DEBTOR), KROSEN@LOWENSTEIN.COM | E-mail |
| 69330 | MAJESTIC STEEL USA INC., ATTN: SUSAN SUVAK, BBUCKALEW@MAJESTICSTEEL.COM | E-mail |
| 69330 | MAJESTIC STEEL USA INC., ATTN: SUSAN SUVAK, SSUVAK@MAJESTICSTEEL.COM | E-mail |
| 69345 | MANLEY BURKE LPA, 225 WEST COURT ST., CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 69345 | MAZURS USA, LLP, 135 WEST 50TH STREET, NEW YORK, NY, 10020 | US Mail (1st Class) |
| 69345 | MCCARTER & ENGLISH, LLP, MATTHEW HEIMANN, ESQ., (RE: MESTEK, INC & MESTEK MACHINERY INC), FOUR GATEWAY CENTER, 100 MULBERRY STREET, NEWARK, NJ, 07102 | US Mail (1st Class) |
| 69345 | MELTZER, LIPPE, GOLDSTEIN, & BREITSTONE, LLP, 190 WILLIS AVENUE, MINEOLA, NY, 11501 | US Mail (1st Class) |
| 69345 | MESTEK, INC., ATTN: BRUCE DEWEY, 260 NORTH ELM STREET, WESTFIELD, MA, 01085 | US Mail (1st Class) |
| 69330 | MIDLAND STEEL WHSE. CORP., ATTN: HOWARD ALLEN, HALLEN@MIDLANDSTEEL.NET | E-mail |
| 69330 | NAKAZAWA DIE CASTING, ATTN: DESMOND KHONG, KHONG@NAKAZAWA.COM.MY | E-mail |
| 69345 | NEW JERSEY ATTORNEY GENERALS OFFICE, ATTN: DIVISION OF LAW, RICHARD J HUGHES JUSTICE COMPLEX, 25 MARKET STREET, TRENTON, NJ, 08625-0112 | US Mail (1st Class) |
| 69345 | NEW JERSEY DIVISION OF TAXATION, ATTN: COMPLIANCE AND ENFORCEMENT, BANKRUPTCY UNIT, 50 BARRACK STREET, 9TH FLOOR, TRENTON, NJ, 08695 | US Mail (1st Class) |
| 69345 | NEW JERSEY DIVISION OF TAXATION, ATTN: COMPLIANCE AND ENFORCEMENT, BANKRUPTCY UNIT, 50 BARRACK STREET, 9TH FLOOR, TRENTON, NJ, 08695 | US Mail (1st Class) |
| 69345 | NEW YORK CITY DEPT OF FINANCE, CORRESPONDENCE UNIT, ONE CENTRE STREET, 22ND FLOOR, NEW YORK, NY, 10007 | US Mail (1st Class) |
| 69345 | NEW YORK STATE DEPT OF TAXATION, ATTN: OFFICE OF COUNSEL, NYS DEPT OF TAXATION AND FINANCE, BUILDING 9 WA HARRIMAN CAMPUS, ALBANY, NY, 12227 | US Mail (1st Class) |
| 69345 | NORGAARD O'BOYLE, (RE: UNDISCLOSED INTERESTED PARTY), 184 GRAND AVENUE, ENGLEWOOD, NJ, 07631-3507 | US Mail (1st Class) |
| 69330 | OFFICE OF THE US ATTORNEY OF NJ, ATTN EAMONN O'HAGAN, ASST US ATTY, EAMONN.OHAGAN@USDOJ.GOV | E-mail |
| 69330 | OFFICE OF THE US TRUSTEE FOR THE, J. SPONDER; M. HAUSMAN, USTPREGION03.NE.ECF@USDOJ.GOV | E-mail |
| 69330 | OFFICE OF THE US TRUSTEE FOR THE, J. SPONDER; M. HAUSMAN, JEFFREY.M.SPONDER@USDOJ.GOV | E-mail |

**Exhibit A - Duro Dyne**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 69330 | OFFICE OF THE US TRUSTEE FOR THE, J. SPONDER; M. HAUSMAN, MITCHELL.B.HAUSMAN@USDOJ.GOV | E-mail |
| 69345 | OHIO ATTORNEY GENERAL`S OFFICE, ATTN: BANKRUPTCY NOTICES DIVISION, 30 EAST BROAD STREET, 14TH FLOOR, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 69330 | PENSION BENEFIT GUARANTY CORP., JORDAN JACOBSON, ESQ., (RE: PENSION BENEFIT GUARANTY CORPORTION), JACOBSON.JORDAN@PBGC.GOV | E-mail |
| 69330 | PENSION BENEFIT GUARANTY CORP., JORDAN JACOBSON, ESQ., (RE: PENSION BENEFIT GUARANTY CORPORTION), EFILE@PBGC.GOV | E-mail |
| 69330 | PHD MANUFACTURING INC., ATTN: JONATHON CORBINO, JONATHONC@PHD-MFG.COM | E-mail |
| 69330 | PREGIS HOLDING, ATTN: DANIEL LINDENBAUM, DLINDENBAUM@PREGIS.COM | E-mail |
| 69330 | R2 TAPE, INC., ATTN: JEN HIRSCH, JHIRSCH@PRESTOTAPE.COM | E-mail |
| 69330 | RABINOWITZ, LUBETKIN & TULLY, LLC, JONATHAN RABINOWITZ; J. A. COOPER, (RE: 4 SITE, LLC), JRABINOWITZ@RLTLAWFIRM.COM | E-mail |
| 69330 | RABINOWITZ, LUBETKIN & TULLY, LLC, JONATHAN RABINOWITZ; J. A. COOPER, (RE: 4 SITE, LLC), JCOOPER@RLTLAWFIRM.COM | E-mail |
| 69330 | RETRANS FREIGHT, ATTN: BRIAN HILLER, BHILLER@RETRANSFREIGHT.COM | E-mail |
| 69345 | SCULLY, SCOTT, MURPHY & PRESSER, PC, 400 GARDEN CITY PLAZA, SUITE 300, GARDEN CITY, NY, 11530 | US Mail (1st Class) |
| 69330 | SEALERS INC., ATTN: JIM BERGER, JIM@SEALERSINC.COM | E-mail |
| 69330 | SHIPMAN & GOODWIN LLP, JAMES RUGGERI;A WILLIAMS;J WEINBERG, (RE: HARTFORD ACCIDENT & INDEMNITY COM), JWEINBERG@GOODWIN.COM | E-mail |
| 69330 | SHIPMAN & GOODWIN LLP, JAMES RUGGERI;A WILLIAMS;J WEINBERG, (RE: HARTFORD ACCIDENT & INDEMNITY COM), JRUGGERI@GOODWIN.COM | E-mail |
| 69330 | SHIPMAN & GOODWIN LLP, JAMES RUGGERI;A WILLIAMS;J WEINBERG, (RE: HARTFORD ACCIDENT & INDEMNITY COM), AWILLIAMS@GOODWIN.COM | E-mail |
| 69330 | SHIPMAN & GOODWIN LLP, STEPHEN M. FORTE, ESQ., (RE: HARTFORD ACCIDENT & INDEMNITY CO.), SFORTE@GOODWIN.COM | E-mail |
| 69345 | SIMMONS HANLY CONROY, MATTHEW PETERSON, ESQ., (RE: CMTE MEMBER WENDELL BETTS), ONE COURT STREET, ALTON, IL, 62002 | US Mail (1st Class) |
| 69330 | SIX-2 FASTENER IMPORTS, ATTN: STEVE COWAN, STEVE@SIX2FAST.COM | E-mail |
| 69345 | SNYDER MFG INC, ATTN: JOLENE MEESE, 3001 PROGRESS ST., DOVER, OH, 44622 | US Mail (1st Class) |
| 69345 | STATE OF CALIFORNIA DIV OF TAXATION, ATTN: COMPLIANCE AND ENFORCEMENT, FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO, CA, 94240-0040 | US Mail (1st Class) |
| 69345 | STATE OF OHIO DIVISION OF TAXATION, ATTN: COMPLIANCE AND ENFORCEMENT, PO BOX 530, COLUMBUS, OH, 43216-0530 | US Mail (1st Class) |
| 69345 | THE LAW OFFICE OF JOHN FIALCOWITZ, JOHN FIALCOWITZ ESQ, (RE: PROPOSED COUNSEL FOR OFFICIAL), 89 HEADQUARTERS PLAZA NORTH, SUITE 1216, MORRISTOWN, NJ, 07960 | US Mail (1st Class) |
| 69345 | THE NJ DIV. OF TAXATION COMPLIANCE, AND ENFORCEMENT - BANKRUPTCY UNIT, 50 BARRACK STREET, 9TH FLOOR, TRENTON, NJ, 08695 | US Mail (1st Class) |
| 69345 | UCAC INC, 5737 CORPORATE WAY, WEST PALM BEACH, FL, 33407 | US Mail (1st Class) |
| 69330 | UNITED STATES DEPARTMENT OF JUSTICE, M.HILDEBRANDT; J.SPONDER; M.HAUSMAN, (RE: THE ACTING U.S. TRUSTEE), JEFFREY.M.SPONDER@USDOJ.GOV | E-mail |
| 69330 | UNITED STATES DEPARTMENT OF JUSTICE, M.HILDEBRANDT; J.SPONDER; M.HAUSMAN, (RE: THE ACTING U.S. TRUSTEE), MITCHELL.B.HAUSMAN@USDOJ.GOV | E-mail |
| 69330 | WASSERMAN, JURISTA & STOLZ, PC, S. REVER; D. STOLZ, (RE: SHEET METAL AIR RAIL & TRNSPO ET AL), SREVER@WJSLAW.COM | E-mail |
| 69330 | WASSERMAN, JURISTA & STOLZ, PC, S. REVER; D. STOLZ, (RE: SHEET METAL AIR RAIL & TRNSPO ET AL), DSTOLZ@WJSLAW.COM | E-mail |
| 69330 | YOUNG CONAWAY STARGATT & TAYLOR LLP, EDWIN HARRON;SARA KOHUT;SEAN BEACH, (RE: PRE-PETITION LEGAL REPRESENTATIVE), EHARRON@YCST.COM | E-mail |
| 69330 | YOUNG CONAWAY STARGATT & TAYLOR LLP, EDWIN HARRON;SARA KOHUT;SEAN BEACH, (RE: PRE-PETITION LEGAL REPRESENTATIVE), SKOHUT@YCST.COM | E-mail |
| 69330 | YOUNG CONAWAY STARGATT & TAYLOR LLP, EDWIN HARRON;SARA KOHUT;SEAN BEACH, (RE: PRE-PETITION LEGAL REPRESENTATIVE), SBEACH@YCST.COM | E-mail |

**Exhibit A - Duro Dyne**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|

**Subtotal for this group: 90**

Duro Dyne